**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

MARCELO CISNEROS, *individually and on behalf of others similarly situated,*

*Plaintiff,*

-against-

CHOPCHEESE DELI 2 CORP. (D/B/A CHOP CHEESE DELI 2), AND YOSEF A. ALKUTEENI, AND BISHOY KHALIL,

*Defendants,*

---------------------------------------------------------------X

Civil Action No. 1:26-cv-04903-JAV

**[~~Proposed Form Of~~]**
**JUDGMENT**

**JUDGMENT**

On September 28, 2026, Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, MARCELO CISNEROS, has judgment against CHOPCHEESE DELI 2 CORP. (D/B/A CHOP CHEESE DELI 2) in the amount of Thirty-Three Thousand, Five Hundred Dollars and Zero Cents ($33,500.00), which is inclusive of attorneys' fees and costs.

Dated: October 8, 2026

New York, New York

Jeannette Vargas

Hon. Jeannette A. Vargas
United States District Judge