UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

MARCELO CISNEROS, et al.,

Plaintiffs,

-v-

CHOPCHEESE DELI 2 CORP. d/b/a CHOP CHEESE DELI 2, et al.,

Defendants.

---------------------------------------------------------------------X

26-CV-04903 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: November 10, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge